IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

Deloris Browning
P.O. Box 124
Screven, GA 31560
Social Security No.: XXX-XX-9575

Debtor(s)

Chapter 13
Case No. 11-20264-JSD

**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By jburrell at 9:01 am, Oct 19, 2011

### ORDER ON TRUSTEE'S MOTION TO INCREASE PAYMENTS

Upon consideration of the motion of the Chapter 13 Trustee to increase the Debtor's plan payments in order to fund the chapter 13 plan:

IT IS HEREBY ORDERED:

☑ that Debtor's plan payments are increased to $636 beginning OCTOBER, 2011.

☐ that the Debtor(s) are placed on Strict Compliance for _____ months, beginning _____.

Dated: October 14, 2011.

_____
Honorable JOHN S. DALIS
United Bankruptcy Court Judge
Southern District of Georgia

Prepared by:

M. Elaina Massey
Chapter 13 Trustee
P.O. Box 1717
Brunswick, GA 31521-1717

Consented to by:

_____
Debtor's Attorney

_____
Debtor

_____
Debtor

TCD